Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
August 26, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 26, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Paul Edward Madeiros<br><br><br><br>debtor(s) | Chapter 13 Case No. 07-41266-EDJ13 |

**Amended ORDER TO EMPLOYER OF DEBTOR TO PAY EARNINGS TO TRUSTEE**

At Oakland on April 26, 2007, the Court appointed Martha G. Bronitsky, as Trustee to take charge of the earnings and wages to preserve the estate and to prevent loss thereto, and to insure that payment of necessary costs and fees.

That the above named debtor is regularly employed by

Wheel Works
2359 Harrison St
Oakland, Ca 94612

**IT IS HEREBY ORDERED AND ADJUDGED AND DECREED THAT** the employer of the said debtor is hereby ordered and directed, until further notice from the Trustee, to deduct the sum of $350.00 per month from the debtor's paychecks or other income, and forward it directly to the said Trustee, MARTHA G. BRONITSKY, PO BOX 341, MEMPHIS, TN 38101-0341. Said deductions are to commence immediately upon the receipt of this order by said

Page 1 of 3

employer; and it is further ordered that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination. Letters of termination shall be mailed to PO Box 5004, Hayward, CA 94540-5004.

**IT IS FURTHER ORDERED** that all earnings or other income of the debtor, except the amounts required to be witheld by the provisions of any Federal or State law or regulation or insurance, pension or union dues agreement between the employer and the debtor, or by the order of this court, be paid to the said aforesaid debtor in accordance with the employer's usual payroll procedure, and that no deduction other than authorized or directed by this court be made by said employer.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the said employer forthwith, which shall be sufficient service thereof.

**IT IS FURTHER ORDERED** that this order be and remain in full force and effect until further notice from the Chapter 13 Trustee.

END OF ORDER

NO COURT SERVICE REQUIRED